[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 6, 2006
THOMAS K. KAHN
CLERK

No. 06-12710
Non-Argument Calendar

_____

D. C. Docket No. 05-00132-CR-J-20-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARTY GIVENS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(December 6, 2006)**

Before HULL, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Maurice Grant, appointed counsel for Marty Givens on this direct criminal

appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.E.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Givens's convictions and sentences are **AFFIRMED**.